FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN WESLEY OWENS,<br>JOSHUA WESLEY OWENS,<br>DIESEL TRUCK PRODUCTS, INC.<br>d/b/a DPF DELETE SHOP, INC.,<br>FULFILLMENT SOLUTIONS &<br>MORE, LLC,<br>KEVIN PAUL DODD,<br>EVOLUTION AUTO<br>PERFORMANCE,<br>EVO TUNES INC.,<br>PHILIP JOHN SWEENEY, and<br>KX WHEELS,<br>                Defendants. | NO: 2:24-CR-0140-TOR<br><br>ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

     BEFORE THE COURT is the government's Motion to Dismiss Indictment Without Prejudice (ECF No. 212). The Court has reviewed the motion and the file therein and is fully informed. The Government seeks to dismiss the indictment in

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE ~ 1

this matter pursuant to Fed. R. Crim. P. 48(a). For good cause shown, the Court grants the motion, but makes no judgment as to the merit or wisdom of this dismissal.

**Accordingly, IT IS HEREBY ORDERED**:

1. The government's Motion to Dismiss Indictment Without Prejudice (ECF No. 212) is **GRANTED**.

2. All pending motions are **DENIED as moot** and all pending hearings and trial dates are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's Service.

**DATED** February 18, 2026.



THOMAS O. RICE
United States District Judge